B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M & J DISTRIBUTION SYSTEMS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA LA PESCA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-2381874** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4000 W 40TH ST**<br>**Chicago, IL**<br>ZIP Code **60632** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **M & J DISTRIBUTION SYSTEMS, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **M & J DISTRIBUTION SYSTEMS, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ John F. Hiltz**
Signature of Attorney for Debtor(s)

**John F. Hiltz  6289744**
Printed Name of Attorney for Debtor(s)

**Hiltz & Wantuch LLC**
Firm Name

**53 West Jackson Blvd.**
**Suite 205**
**Chicago, IL 60604**

Address

**Email: info@hiltzlaw.com**
**312-566-9008  Fax: 312-566-9015**
Telephone Number

**July 25, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Esther Garate**
Signature of Authorized Individual

**Esther Garate**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 25, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **M & J DISTRIBUTION SYSTEMS, INC.**  Case No.

Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Buy-Rite Wholesale**<br>**875 N. Lively Blvd.**<br>**Wood Dale, IL 60191** | **Buy-Rite Wholesale**<br>**875 N. Lively Blvd.**<br>**Wood Dale, IL 60191** | | | **8,591.96** |
| **Caribco**<br>**19495 Biscayne Blvd.**<br>**Suite 607**<br>**Aventura, FL 33180** | **Caribco**<br>**19495 Biscayne Blvd.**<br>**Suite 607**<br>**Aventura, FL 33180** | | | **15,012.50** |
| **Coca Cola Refreshments**<br>**521 Lake Kathy Drive**<br>**Brandon, FL 33510** | **Coca Cola Refreshments**<br>**521 Lake Kathy Drive**<br>**Brandon, FL 33510** | | | **32,900.44** |
| **Columbus Vegetable Oils**<br>**30 E. Oakton Street**<br>**Des Plaines, IL 60018** | **Columbus Vegetable Oils**<br>**30 E. Oakton Street**<br>**Des Plaines, IL 60018** | | | **6,600.90** |
| **Com Ed**<br>**PO Box 87522**<br>**Chicago, IL 60680** | **Com Ed**<br>**PO Box 87522**<br>**Chicago, IL 60680** | | | **7,366.10** |
| **Dearborn Wholesale Grocers L.P.**<br>**2801 S Western Ave**<br>**Chicago, IL 60608** | **Dearborn Wholesale Grocers L.P.**<br>**2801 S Western Ave**<br>**Chicago, IL 60608** | | | **6,816.39** |
| **Dept. of Treasury**<br>**Internal Revenue Service**<br>**Holtsville, NY 11742** | **Dept. of Treasury**<br>**Internal Revenue Service**<br>**Holtsville, NY 11742** | | | **12,500.00** |
| **DP PARTNERS CRAWFORD 96, LLC**<br>**C T CORPORATION SYSTEM (Agent)**<br>**208 SO LASALLE ST, SUITE 814**<br>**Chicago, IL 60604** | **DP PARTNERS CRAWFORD 96, LLC**<br>**C T CORPORATION SYSTEM (Agent)**<br>**208 SO LASALLE ST, SUITE 814**<br>**Chicago, IL 60604** | **Commerical Lease** | | **1,549,254.20** |
| **DP PARTNERS CRAWFORD 96, LLC**<br>**C T CORPORATION SYSTEM (Agent)**<br>**208 SO LASALLE ST, SUITE 814**<br>**Chicago, IL 60604** | **DP PARTNERS CRAWFORD 96, LLC**<br>**C T CORPORATION SYSTEM (Agent)**<br>**208 SO LASALLE ST, SUITE 814**<br>**Chicago, IL 60604** | **2012-L-000371** | | **225,106.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **M & J DISTRIBUTION SYSTEMS, INC.**                                   Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Farm Cat, Inc. P.O. Box 317 Lonoke, AR 72086 | Farm Cat, Inc. P.O. Box 317 Lonoke, AR 72086 | | | 5,946.00 |
| Five Star Seafoods P.O. Box 661056 Arcadia, CA 91066 | Five Star Seafoods P.O. Box 661056 Arcadia, CA 91066 | | | 7,560.00 |
| JFC International, Inc. 815 Turnberry Court Hanover Park, IL 60133 | JFC International, Inc. 815 Turnberry Court Hanover Park, IL 60133 | | | 9,138.25 |
| Lincoln Packaging 5426 Lyman Ave. Downers Grove, IL 60515 | Lincoln Packaging 5426 Lyman Ave. Downers Grove, IL 60515 | | | 9,786.65 |
| Mon Chong Loong Trading Corp. 56-72 49th Place Maspeth, NY 11378 | Mon Chong Loong Trading Corp. 56-72 49th Place Maspeth, NY 11378 | | | 10,907.50 |
| Ocean Foods Company 10800 S Central Ave Chicago Ridge, IL 60415 | Ocean Foods Company 10800 S Central Ave Chicago Ridge, IL 60415 | | | 10,487.50 |
| Summit Import Corp. 100 Summit Place Jersey City, NJ 07305 | Summit Import Corp. 100 Summit Place Jersey City, NJ 07305 | | | 5,625.31 |
| Supreme Lobster & Seafood Company 220 E. North Ave Villa Park, IL 60181 | Supreme Lobster & Seafood Company 220 E. North Ave Villa Park, IL 60181 | | | 23,434.76 |
| Truong Enterprises, Inc. 2550 S. Leavitt Chicago, IL 60608 | Truong Enterprises, Inc. 2550 S. Leavitt Chicago, IL 60608 | | | 15,583.05 |
| Wei-Chuan 6845 Santa Fe Dr. La Grange, IL 60525 | Wei-Chuan 6845 Santa Fe Dr. La Grange, IL 60525 | | | 7,608.65 |
| Well Luck Co., Inc. 104 Harbor Dr. Jersey City, NJ 07305 | Well Luck Co., Inc. 104 Harbor Dr. Jersey City, NJ 07305 | | | 10,219.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **M & J DISTRIBUTION SYSTEMS, INC.**                                   Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 25, 2012**                         Signature  **/s/ Esther Garate**
                                                          **Esther Garate**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Allied Waste
2608 S. Damen
Chicago, IL 60608


American Bottling Company
1230 W 171 Street
Hazel Crest, IL 60429


Asiaamerica Enterprise, Inc.
5403 Patton Dr.
Suite 208
Lisle, IL 60532


AT&T
PO Box 5080
Carol Stream, IL 60197


Awesome Foods
4320 W Montrose
Chicago, IL 60641


Bimbo Bakeries USA
P.O. Box 643544
Pittsburgh, PA 15264


BURKE WARREN & MACKAY
330 N WABASH 22ND FL
Chicago, IL 60611


Buy-Rite Wholesale
875 N. Lively Blvd.
Wood Dale, IL 60191


Capitol One
PO Box 6492
Carol Stream, IL 60197


Caribco
19495 Biscayne Blvd.
Suite 607
Aventura, FL 33180


Champion Packaging & Distributing, Inc.
P.O. Box 97253
Chicago, IL 60690

Chicago Packaging Supply, Inc.
5750 W. Bloomingdale
Chicago, IL 60639


City Beverage
4841 S California Ave
Chicago, IL 60632


City of Chicago Water Dept
PO Box 6330
Chicago, IL 60680


Coca Cola Refreshments
521 Lake Kathy Drive
Brandon, FL 33510


Columbus Vegetable Oils
30 E. Oakton Street
Des Plaines, IL 60018


Com Ed
PO Box 87522
Chicago, IL 60680


Cunningham Security Systems
917 Lunt Ave.
Schaumburg, IL 60193


D & D Distributors of Chicago
6748 S Sayre Ave
Chicago, IL 60638


Daley International
4100 W 76 Street
Chicago, IL 60652


Dearborn Wholesale Grocers L.P.
2801 S Western Ave
Chicago, IL 60608


Dept. of Treasury
Internal Revenue Service
Holtsville, NY 11742

```
DP PARTNERS CRAWFORD 96, LLC
C T CORPORATION SYSTEM (Agent)
208 SO LASALLE ST, SUITE 814
Chicago, IL 60604


DP PARTNERS CRAWFORD 96, LLC
5500 EQUITY AVENUE
Reno, NV 89502


El Ranchero
2547 S Kedzie Ave
Chicago, IL 60623


Empire Cooler Service, Inc.
940 W. Chicago Ave.
Chicago, IL 60642


Farm Cat, Inc.
P.O. Box 317
Lonoke, AR 72086


Five Star Seafoods
P.O. Box 661056
Arcadia, CA 91066


Focus Poly, Inc.
801 Chase Ave, Unit B
Elk Grove Village, IL 60007


Four Corners Oriental Wholesale, Inc.
390 E. Saint Charles Road
Carol Stream, IL 60188


Futuro Foods
3115 Madison St. Unit F
Bellwood, IL 60104


Global Seafood
1376 Market St.
Linwood, PA 19061


Goldstar Pest Control
5555 Wesmere Lakes Ct.
Plainfield, IL 60586
```

Hanmi, Inc.
5447 N. Wolcott Street
Chicago, IL 60640


Harvester Foods Corp.
2295 S. Archer Ave
Chicago, IL 60616


Heng Tong Co.
1464 W 37 Street
Chicago, IL 60609


JFC International, Inc.
815 Turnberry Court
Hanover Park, IL 60133


John Secord, Inc.
P.O. Box 181
Jackson, MI 49204


Jojo's Breads & Treats
201 Taylor Street
Montgomery, IL 60538


Komatsu Forklift of Chicago
11800 S. Austin Ave
Alsip, IL 60803


La Bodega, Ltd.
3225 S. Western Ave.
Chicago, IL 60608


Lagasse, Inc.
1339 Solutions Center
Chicago, IL 60677


Lang Ice Company
3600 W 59th St.
Chicago, IL 60629


Light Bulb Depot
PO Box 410
Aurora, MO 65605

Lincoln Packaging
5426 Lyman Ave.
Downers Grove, IL 60515


Mahoney Environmental
1819 Moen Ave.
Joliet, IL 60436


Marcas Food Distributors
10208-12 Franklin Ave.
Franklin Park, IL 60131


Mon Chong Loong Trading Corp.
56-72 49th Place
Maspeth, NY 11378


MTY San Miguel Distributors, LLC
2904 W 26th St.
Chicago, IL 60623


Ocean Foods Company
10800 S Central Ave
Chicago Ridge, IL 60415


Paul Reilly Company
1967 Quincy Court
Glendale Heights, IL 60139


Peoples Gas
Chicago, IL 60687


Power Distributing
185 W Industrial Drive
Elmhurst, IL 60126


Prairie Farms
2004 N. University St.
Peoria, IL 61604


Profusion Foods, Inc.
1001 W 45th St. #C
Chicago, IL 60609

```
Schafer Fisheries, Inc.
PO Box 399
2112 Sandridge Rd.
Thomson, IL 61285


Summit Import Corp.
100 Summit Place
Jersey City, NJ 07305


Supreme Lobster & Seafood Company
220 E. North Ave
Villa Park, IL 60181


Tang
41 W 815 Laurel Dr.
Saint Charles, IL 60175


The Epoch Times
PO Box 168011
Chicago, IL 60616


Tribune Media Group
14839 Collections Center Drive
Chicago, IL 60693


Truong Enterprises, Inc.
2550 S. Leavitt
Chicago, IL 60608


Walong Marketing, Inc.
95 Caven Point Rd.
Jersey City, NJ 07305


Wei-Chuan
6845 Santa Fe Dr.
La Grange, IL 60525


Well Luck Co., Inc.
104 Harbor Dr.
Jersey City, NJ 07305


WET International, Inc.
316 Roma Jean Pkwy
Streamwood, IL 60107
```

```
Wholesale Brothers, Inc.
13739 Shriver Ct.
Plainfield, IL 60544


Wholesome Say Products
1150 W 40th St.
Chicago, IL 60609


Yanco
1531-B S. Washington Ave
Piscataway, NJ 08854
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **M & J DISTRIBUTION SYSTEMS, INC.**                                    Case No.
                                              Debtor(s)                        Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **M & J DISTRIBUTION SYSTEMS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 25, 2012** | **/s/ John F. Hiltz** |
| Date | **John F. Hiltz 6289744** |
| | Signature of Attorney or Litigant |
| | Counsel for **M & J DISTRIBUTION SYSTEMS, INC.** |
| | **Hiltz & Wantuch LLC** |
| | **53 West Jackson Blvd.** |
| | **Suite 205** |
| | **Chicago, IL 60604** |
| | **312-566-9008 Fax:312-566-9015** |
| | **info@hiltzlaw.com** |